UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC d/b/a ALGO ONLINE RETAIL,<br><br>Plaintiff,<br><br>vs.<br><br>BEAU CRABILL, THOMAS CRABILL, Jr. and ALL OUT RAW LLC,<br><br>Defendants. | Civil Action No. 19-cv-2363 |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Boss Worldwide LLC (a private non-governmental party) certifies that there are no publicly held corporate parents, affiliates, or subsidiaries that own 10% of the stock of said party.

Dated: March 15, 2019	Respectfully submitted,

*/s/ Peter A. Sullivan*
Peter A. Sullivan (PAS4704)
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York NY 10019
Tel: 646-927-5500
Fax: 646-927-5599
psullivan@foleyhoag.com

David A. Kluft
(*pro hac vice* motion to be filed)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617-832-1000
Fax: 617-832-7000
dkluft@foleyhoag.com

*Attorneys for Plaintiff*