**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BOSS WORLDWIDE LLC D/B/A ALGO ONLINE RETAIL**

INDEX NUMBER: 19-CV-2363

vs

*Plaintiff*

**BEAU CRABILL, THOMAS CRABILL, JR., and ALL OUT RAW LLC**

*Defendant*

## AFFIDAVIT OF SERVICE

State of Delaware }
County of New Castle } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of Delaware,

That on **03/21/2019** at **3:25 PM** at **222 Delaware Avenue, 17th Floor, Wilmington, DE 19899**

deponent served a(n) **Summons in a Civil Action and Complaint Jury Trail Demand with Exhibits A-C, Civil Cover Sheet, Electronic Case Filing Rules & Instructions, Individual Practices of Judge Vincent L. Briccetti**

on **Beau Crabill c/o Jeremy Anderson, Fish & Richardson P.C.**, accepted by **Paty Clark**,

deponent knew the person so served to be a person authorized to accept service.

Description of Person Served:
Gender: Female
Skin: White
Hair: Blonde
Age: 51 - 65 Yrs.
Height: 5' 4" - 5' 8"
Weight: 100-130 Lbs.
Other:

Sworn to before me this
25 day of March, 2019

NOTARY PUBLIC
DENORRIS ANGELO BRITT
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires May 1, 2022

Kevin S. Dunn

Serving By Irving, Inc. | 233 Broadway, Suite 2201 | New York NY 10279
New York City Dept. of Consumer Affairs License No 0761160