UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC d/b/a ALGO ONLINE RETAIL,<br><br>Plaintiff,<br><br>vs.<br><br>BEAU CRABILL, THOMAS CRABILL, Jr. and ALL OUT RAW LLC,<br><br>Defendants. | Civil Action No. 19-cv-2363 |

## **STIUPLATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time for Defendants, Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC, to move or answer is hereby extended to and including May 20, 2019, and that, reserving all other rights and defenses, Defendants waive any objections to the absence of a summons or of service.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and faxed or electronic signatures on this Stipulation shall be deemed original signatures.

Dated: April 4, 2019

FOLEY HOAG LLP

*/s/ Peter A. Sullivan*
Peter A. Sullivan
1301 Avenue of the Americas
25th Floor
New York, New York 10019
(646) 927-5500

*Attorneys for Plaintiff Boss Worldwide LLC d/b/a ALGO Online Retail*

Dated: April 4, 2019

FISH & RICHARDSON P.C.

*/s/ Jeremy Anderson*
Jeremy Anderson
222 Delaware Avenue
17th Floor, P.O. Box 1114
Wilmington, Delaware 19899
(302) 778-8452

*Attorneys for Defendants Beau Crabill, Thomas Crabill Jr., and All Out Raw LLC*

SO ORDERED:

_____
Hon. Vincent L. Briccetti
United States District Judge