USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-5-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC d/b/a ALGO ONLINE RETAIL, <br><br> Plaintiff, <br><br> vs. <br><br> BEAU CRABILL, THOMAS CRABILL, Jr. and ALL OUT RAW LLC, <br><br> Defendants. | Civil Action No. 19-cv-2363 |

## STIUPLATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, that the time for Defendants, Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC, to move or answer is hereby extended to and including May 20, 2019, and that, reserving all other rights and defenses, Defendants waive any objections to the absence of a summons or of service.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts, and faxed or electronic signatures on this Stipulation shall be deemed original signatures.

| | |
|---|---|
| Dated: April 4, 2019 | Dated: April 4, 2019 |
| FOLEY HOAG LLP | FISH & RICHARDSON P.C. |
| */s/ Peter A. Sullivan* | */s/ Jeremy Anderson* |
| Peter A. Sullivan | Jeremy Anderson |
| 1301 Avenue of the Americas | 222 Delaware Avenue |
| 25th Floor | 17th Floor, P.O. Box 1114 |
| New York, New York 10019 | Wilmington, Delaware 19899 |
| (646) 927-5500 | (302) 778-8452 |
| *Attorneys for Plaintiff Boss Worldwide LLC d/b/a ALGO Online Retail* | *Attorneys for Defendants Beau Crabill, Thomas Crabill Jr., and All Out Raw LLC* |

SO ORDERED:

_[signature]  4/5/19_

Hon. Vincent L. Briccetti
United States District Judge