UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC, d/b/a ALGO ONLINE RETAIL,<br><br>        Plaintiff,<br><br>  v.<br><br>BEAU CRABILL, THOMAS CRABILL, JR. and ALL OUT RAW LLC,<br><br>        Defendants. | C.A. No. 19-cv-2363 (VLB) |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Beau Crabill, Thomas Crabill, Jr. and All Out Raw LLC in the above-captioned proceeding and request that all further pleadings and papers in this action be served upon, and correspondence direct to, the undersigned counsel at the address provided below.

Dated:  New York, New York
     May 20, 2019

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
 Kristen McCallion (KM5593)
 mccallion@fr.com
 Fish & Richardson P.C.
 601 Lexington Avenue, 52nd Floor
 New York, NY 10022
 Tel: 212 765-5070
 Fax: 212-258-2291

 *Attorney for Defendants Beau Crabill,*
 *Thomas Crabill, Jr. and All Out Raw LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

>Peter A. Sullivan
>FOLEY HOAG LLP
>1301 Avenue of the Americas, 25th Floor
>New York, NY 10019
>psullivan@foleyhoag.com
>
>David A. Kluft
>FOLEY HOAG LLP
>155 Seaport Boulevard
>Boston, MA 02210
>dkluft@foleyhoag.com

Dated: May 20, 2019        By: */s/Jennifer Mavronas*
                                                 Jennifer Mavronas