# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC, d/b/a ALGO ONLINE RETAIL,<br><br>        Plaintiff,<br><br> v.<br><br>BEAU CRABILL, THOMAS CRABILL, JR. and ALL OUT RAW LLC,<br><br>        Defendants. | C.A. No. 19-cv-2363 (VLB) |

## **APPEARANCE OF COUNSEL**

To: The Clerk of Court and all parties of record:

 I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants Beau Crabill, Thomas Crabill, Jr. and All Out Raw LLC in the above-captioned proceeding and request that all further pleadings and papers in this action be served upon, and correspondence direct to, the undersigned counsel at the address provided below.

| | |
|---|---|
| Dated: New York, New York<br>     May 20, 2019 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br><br>By: */s/ Vivian Cheng*<br>   Vivian Cheng  (VC6321)<br>   cheng@fr.com<br>   601 Lexington Avenue, 52nd Floor<br>   New York, NY  10022<br>   Tel: 212 765-5070<br>   Fax: 212-258-2291<br><br>   *Attorney for Defendants Beau Crabill,*<br>   *Thomas Crabill, Jr. and All Out Raw LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

>Peter A. Sullivan
>FOLEY HOAG LLP
>1301 Avenue of the Americas, 25th Floor
>New York, NY 10019
>psullivan@foleyhoag.com
>
>David A. Kluft
>FOLEY HOAG LLP
>155 Seaport Boulevard
>Boston, MA 02210
>dkluft@foleyhoag.com

Dated: May 20, 2019            By: */s/Jennifer Mavronas*
                                   Jennifer Mavronas