UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC, d/b/a ALGO ONLINE RETAIL,<br><br>       Plaintiff,<br><br>  v.<br><br>BEAU CRABILL, THOMAS CRABILL, JR. and ALL OUT RAW LLC,<br><br>       Defendants. | C.A. No. 19-cv-2363 (VLB) |

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER RULES 12(B)(2) AND 12(B)(6) OR, ALTERNATIVELY, TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)**

PLEASE TAKE NOTICE that, on May 20, 2019, upon the accompanying Memorandum of Law, Defendants Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC (collectively, the "Defendants") move this Court to dismiss the Complaint pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure or, alternatively, to transfer this action to the Western District of Washington pursuant to 28 U.S.C. § 1404(a).

This motion should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court.

Dated: May 20, 2019                    Respectfully submitted,

FISH & RICHARDSON P.C.

By: /s/ Kristen McCallion
_____
Kristen McCallion (KM5593)
mccallion@fr.com
Vivian Cheng (VC6321)
cheng@fr.com
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Tel: 212 765-5070
Fax: 212-258-2291

FISH & RICHARDSON P.C.
Jeremy D. Anderson
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
janderson@fr.com
Tel: 302 778-8452

*Attorneys for Defendants Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

        Peter A. Sullivan
        FOLEY HOAG LLP
        1301 Avenue of the Americas, 25th Floor
        New York, NY 10019
        psullivan@foleyhoag.com

        David A. Kluft
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02210
        dkluft@foleyhoag.com

Dated: May 20, 2019        By: */s/Jennifer Mavronas*
                                                   Jennifer Mavronas