# Exhibit 1

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| HOME | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

## Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6842470 | Incorporation Date / Formation Date: | 4/12/2018 (mm/dd/yyyy) |
| Entity Name: | **ASYMERGY CORPORATION** | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **VCORP SERVICES, LLC** | | |
| Address: | **1013 CENTRE ROAD SUITE 403-B** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19805** |
| Phone: | **845-425-0077** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov