UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC, d/b/a ALGO ONLINE RETAIL,<br><br>                      Plaintiff,<br><br>v.<br><br>BEAU CRABILL, THOMAS CRABILL, JR. and ALL OUT RAW LLC,<br><br>                      Defendants. | C.A. No. 19-cv-2363 (VLB) |

**[PROPOSED] ORDER**

    Before the Court is Defendants Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC's Motion To Dismiss Under Rules 12(b)(2) And 12(b)(6) Or, Alternatively, To Transfer Pursuant To 28 U.S.C. § 1404(a) ("Defendants' Motion"). Having considered Defendants' Motion and all related arguments and filings in support and in opposition thereof, the Court finds that Defendants' Motion should be and therefore is **GRANTED**. Accordingly, for good cause, it is hereby **ORDERED** that:

    \_\_\_\_ this case is **DISMISSED** with prejudice.

    \_\_\_\_ this case is **DISMISSED** without prejudice to proceeding in the United States District Court for the Western District of Washington.

    \_\_\_\_\_ this case is **TRANSFERRED** to the United States District Court for the Western District of Washington.


Dated: _____, 2019    _____
                                                                           Hon. Vincent L. Briccetti
                                                                           United States District Judge