UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOSS WORLDWIDE LLC, d/b/a ALGO ONLINE RETAIL,<br><br>                              Plaintiff,<br><br>v.<br><br>BEAU CRABILL, THOMAS CRABILL, JR. and ALL OUT RAW LLC,<br><br>                             Defendants. | C.A. No. 19-cv-2363 (VLB) |

## **DEFENDANT ALL OUT RAW LLC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant All Out Raw LLC does not have a parent company and no publicly held corporation owns 10% or more of its stock.

Dated: May 21, 2019

Respectfully submitted,
FISH & RICHARDSON P.C.

By: /s/ Kristen McCallion

Kristen McCallion (KM5593)
mccallion@fr.com
Vivian Cheng (VC6321)
cheng@fr.com
601 Lexington Avenue, 52nd Floor
New York, NY 10022
Tel: 212 765-5070
Fax: 212-258-2291

FISH & RICHARDSON P.C.
Jeremy D. Anderson
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
janderson@fr.com
Tel: 302 778-8452

*Attorneys for Defendants Beau Crabill, Thomas Crabill, Jr., and All Out Raw LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

Peter A. Sullivan
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
psullivan@foleyhoag.com

David A. Kluft
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210
dkluft@foleyhoag.com

Dated: May 21, 2019                    By: */s/Jennifer Mavronas*
                                           Jennifer Mavronas