
**FOLEY HOAG** LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/19
```

1301 Avenue of the Americas
25th Floor
New York, NY 10019
646.927.5500 main
646.927.5599 fax

Peter A. Sullivan
direct : (646) 927 5510
psullivan@foleyhoag.com

May 30, 2019

**VIA ELECTRONIC FILING**

United States District Court
The Honorable Vincent Briccetti
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    *Boss Worldwide LLC, d/b/a ALGO Online Retail v. Beau Crabill et al.*
            *Case No. 7:19-cv-02363-VB*

Dear Judge Briccetti:

    We represent Plaintiff, Boss Worldwide LLC, in the above referenced action. We write pursuant to the Court's Order dated May 21, 2019 (Doc. 24) to inform the Court that Plaintiff has elected to proceed by filing an Amended Complaint. The Amended Complaint will be filed with the Court no later than 14 days from the date of this letter.

Respectfully submitted,

Peter A. Sullivan

cc: Counsel of Record via ECF

Amended complaint due 6/13/2019.

SO ORDERED:

Hon. Vincent L. Briccetti
United States District Judge

ATTORNEYS AT LAW      BOSTON | NEW YORK | PARIS | WASHINGTON | FOLEYHOAG.COM