UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BOSS WORLDWIDE LLC, d/b/a ALGO
ONLINE RETAIL,

                      Plaintiff,

    v.                                              C.A. No. 19-cv-2363 (VLB)

BEAU CRABILL,

                      Defendant.

**DEFENDANT'S NOTICE OF MOTION AND MOTION TO
DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, on July 5, 2019, upon the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff's First Amended Complaint, and the Declaration of Beau Crabill and exhibit thereto filed herewith, Defendant Beau Crabill ("Crabill") respectfully moves this Court to dismiss the First Amended Complaint brought against him by Plaintiff Boss Worldwide LLC, d/b/a Algo Online Retail pursuant to Rules 12(b)(6), 12(b)(1), and 12(b)(2) of the Federal Rules of Civil Procedure.

This motion should be granted for the reasons set forth in the accompanying Memorandum of Law, any supporting, opposing, or reply papers which may be filed, and such other arguments and evidence that may be brought before the Court.

Dated:   July 5, 2019                                  Respectfully submitted,

                                                       FISH & RICHARDSON P.C.


                                                       By  */s/Kristen McCallion*
                                                           Kristen McCallion (KM5593)
                                                           mccallion@fr.com
                                                           Vivian Cheng  (VC6321)
                                                           cheng@fr.com
                                                           601 Lexington Avenue, 52nd Floor
                                                           New York, NY  10022
                                                           Tel: 212 765-5070
                                                           Fax: 212-258-2291

                                                           Jeremy D. Anderson (*pro hac vice*)
                                                           222 Delaware Avenue, 17th Floor
                                                           Wilmington, DE 19801
                                                           (302) 652-5070 Telephone
                                                           (302) 652-0607 Facsimile
                                                           janderson@fr.com

                                                           *Attorneys for Defendant Beau Crabill*

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2019, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

>Peter A. Sullivan
>FOLEY HOAG LLP
>1301 Avenue of the Americas, 25th Floor
>New York, NY 10019
>psullivan@foleyhoag.com
>
>David A. Kluft
>FOLEY HOAG LLP
>155 Seaport Boulevard
>Boston, MA 02210
>dkluft@foleyhoag.com

Dated:  July 5, 2019                           By: */s/Kathryn Lugo*
                                                    Kathryn Lugo